# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **JARROD WILLIAMS,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **W.H. BRAUM, INC.,** ) <br> ) <br> **Defendant.** ) <br> ) | Case No. CIV-2019-393-C |

## ORDER APPROVING FINAL PRETRIAL REPORT

Before the Court is the Final Pretrial Report jointly submitted by the Parties to this action [ECF #70]. Having reviewed the Final Pretrial Report, the Court hereby approves the Final Pretrial Report as submitted by the Parties. Defendant's argument that Plaintiff has waived objection to certain exhibits as a result of failure to file an objection as required by Fed. R. Civ. P. 26(a)(3)(B) will be addressed as necessary at trial to permit Plaintiff to argue good cause exists to overcome any waiver. The Court will also address Plaintiff's objections to Defendant's exhibits 86-91 and 104-110 at trial.

**IT IS SO ORDERED** this 10th day of September 2020.

ROBIN J. CAUTHRON
United States District Judge